# UNITED STATES DISTRICT COURT
## District of Kansas
### (Topeka Docket)

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                             **CASE NO.:** 22-40073-HLT

**CHRISTOPHER JAY CALLAHAM,**

    Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

**Bank Robbery**
**[18 U.S.C. § 2113(d)]**

That on or about October 12, 2022, in the District of Kansas, the defendant,

**CHRISTOPHER JAY CALLAHAM,**

by force, violence, and intimidation, did take from the person and presence of another, namely, K.S.H., whose identity is known to the Grand Jury, money and property and a thing of value, namely, United States currency, belonging to and in the care, custody,

1

control, management, and possession of Bank of the Flint Hills, located at 101 East MacKenzie Street, White City, Kansas, a bank, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC); and, in committing such offense, the defendant put in jeopardy the life of another person by the use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

## COUNT TWO

### Use, Carry, and Brandish of a Firearm During and in Relation to a Crime of Violence
### [18 U.S.C. § 924(c)(1)(A)]

That on or about October 12, 2022, in the District of Kansas, the defendant,

**CHRISTOPHER JAY CALLAHAM,**

knowingly and intentionally used and carried and brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, Bank Robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A), with reference to Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE NOTICE

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture

pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.	Upon conviction of the offenses set forth in Count One or Count Two of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all ammunition and firearms involved in the commission of the offenses, including, but not limited to:

    A. Ruger LCP, Serial No. 37145291,

    B. all attendant ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

## A TRUE BILL.

| | |
|---|---|
| November 1, 2022 | s/Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ *Jared S. Maag*

    JARED S. MAAG
    Assistant United States Attorney
    District of Kansas
    444 Quincy St., Suite 290
    Topeka, Kansas 66683
    Ph: (785) 295-2850
    Fax: (785) 295-2853
    Email: jared.maag@usdoj.gov
    Ks. S. Ct. No. 17222

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

# PENALTIES

## COUNT ONE

### Bank Robbery
### [18 U.S.C. § 2113(d)]

- A term of imprisonment not to exceed twenty-five (25) years.
  18 U.S.C. § 2113(d)

- A fine not to exceed $250,000.00.
  18 U.S.C. § 3571(b)(3)

- Or both.

- A term of supervised release not to exceed five (5) years.
  18 U.S.C. § 3583(b)(1)

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A)

## COUNT TWO

### Use, Carry, and Brandish of a Firearm During
### and in Relation to a Crime of Violence
### [18 U.S.C. § 924(c)(1)(A)]

- A term of imprisonment of not less than seven (7) years and no more than life imprisonment.  18 U.S.C. § 924(c)(1)(A)(ii).  The term of imprisonment imposed for the instant offense shall run consecutive to any term of imprisonment imposed for the crime of violence during which the firearm was used. 18 U.S.C. § 924(c)(1)(D)(ii).  If the defendant has a prior conviction for a violation of Section 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life imprisonment.  18 U.S.C. § 924(c)(1)(C)(i).

- A fine not to exceed $250,000.00
  18 U.S.C. § 3571(b)(3).

- A term of supervised release not to exceed five (5) years.
  18 U.S.C. § 3583(b)(1).

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A).